UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| BRIGHTON BEST INTERNATIONAL, INC. : | |
| Plaintiff, : | Court No. 20-00064 |
| v. : | |
| UNITED STATES, : | |
| Defendant. : | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Please take notice that Jamie L. Shookman, counsel for defendant, the United States, should be removed as counsel of record in the above-captioned case.  Mr. Guy R. Eddon is the lead attorney and will continue to represent defendant in this case.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:  /s/ Justin R. Miller
Justin R. Miller
Attorney-In-Charge
International Trade Field Office

/s/ Jamie L. Shookman
Jamie L. Shookman
Trial Attorney
Department of Justice, Civil Division

|  |  |
|---|---|
|  | Commercial Litigation Branch |
|  | 26 Federal Plaza – Suite 346 |
|  | New York, New York 10278 |
|  | (212) 264-2107 |
| April 1, 2023 | Attorneys for Defendant |